# UNITED STATES DISTRICT COURT
for the
_____ District of _____

| | |
|---|---|
| United States of America ) | |
| v. ) | |
| ) | Case No. 1:24-mj-00004-SKO |
| ) | |
| ) | |
| ) | |
| ) | |
| *Defendant(s)* | |

**FILED**
Jan 09, 2024
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

## CRIMINAL COMPLAINT BY RELIABLE ELECTRONIC OR TELEPHONIC MEANS

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of _____ in the county of _____ in the _____ District of _____ , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| | |

This criminal complaint is based on these facts:

☐ Continued on the attached sheet.

*David Fenstermaker*
*Complainant's signature*

_____
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone

Date: 1/9/2024

*Sheila K. Oberto*
*Judge's signature*

City and state: _____

*Printed name and title*

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>               Plaintiff,<br><br>v.<br><br>ARTURO TALAMANTES JR.,<br><br>               Defendant. | CASE NO.<br><br>AFFIDAVIT OF HSI TASK FORCE OFFICER DAVID FENSTERMAKER |

I, David Fenstermaker, being duly sworn, hereby depose and state as follows:

## I. INTRODUCTION

1. This Affidavit is made in support of an arrest warrant for ARTURO TALAMATES JR. for violation of Title 18, United States Code, Section 922(g)(1), felon in possession of a firearm and ammunition.

2. The facts in the affidavit come from personal observations and training and, where noted, information related to me by other law enforcement officers and/or agents. Because this affidavit is written solely to establish probable cause for issuing a criminal complaint, not all investigation results have been included herein.

3. As stated further in this Affidavit, law enforcement officers have gathered evidence to support probable cause that Talamantes unlawfully possessed a firearm and ammunition.

## II. AFFIANT'S BACKGROUND

4. I am a Task Force Officer (TFO) with the United States Department of Homeland Security ("DHS")/ Immigration and Customs Enforcement/ Homeland Security Investigations ("HSI"), presently assigned to the Office of the Resident Agent in Charge, Fresno, California ("HSI Fresno"). As a TFO I

am authorized by law or by a Government agency to engage in or supervise the prevention, detention, investigation, or prosecution of a violation of Federal criminal laws.

5. I am employed by the City of Fresno Police Department and have been a full-time sworn Peace Officer in the State of California and previously the State of Pennsylvania for the past 23 years.

6. My peace officer experiences include patrol duties, special assignments, and investigations. I was previously assigned to the Street Violence Section - Felony Assault Unit, where my duties ranged from assisting in homicide crime scenes to investigating carjacking, shootings, stabbings, home invasions, suspicious deaths, and felony assaults. I am currently assigned to Homeland Security Investigations, where my duties range from investigating sales and transportation of firearms & narcotics to human trafficking, sexual exploitation, terrorism, and gangs.

7. I have received over 2,000 hours of training related directly to criminal investigations in sexual assault, domestic violence, officer-involved shootings, interview/interrogations, search warrants, narcotics, firearms, gangs, and homicides.

### III.   SUMMARY OF PROBABLE CAUSE

8. On or about December 16, 2023, Fresno police officers arrested Talamantes for possession of a firearm inside a bar in southwest Fresno. During the arrest, officers found a loaded handgun hidden at the end of the bathroom hallway of the bar, where Talamantes was the only person present at the time police arrived. The bar's security footage shows Talamantes entering the bar, walking into the bathroom hallway, pulling out a gun, and hiding the gun in a storage area at the end of the hallway as officers arrived. Talamantes has at least two prior felony convictions, and an ATF special agent verbally indicated that the handgun was not manufactured in California, affecting interstate commerce.

### IV.  PROBABLE CAUSE

9. On or about December 16, 2023, Fresno Police Department officers from the Southwest Policing District were dispatched to Uncle Toms Cabin, a bar located at 3055 Tulare St. Fresno, CA 93721, in response to a call for service: "ARMED SUBJ INSIDE THE BAR... RP SAW A FIREARM CONSEALED IN THE WAISTBAND... UNK IF SUBJ IS MALE OR FEM... LSW BLK SWEATER, BLUE JEANS, BROWN BOOTS... POSS ARRIVED IN WHITE CAMERO."

10. Upon arrival, officers observed several people standing near a silver sedan and a 2018 Toyota Camry in the bar's parking lot. Officers saw a man wearing blue jeans, a white shirt, and holding a black sweater in his arms in the parking lot. Officers later identified the man as Arturo Talamantes Jr.

11. Officers saw Talamantes walk to the Toyota Camry's rear driver-side door. Talamantes then wrapped his black sweater around an object he grabbed from inside the car. Talamantes then walked away from the Toyota Camry towards the bar's entrance, followed by police officers. See Figure 1.

**Figure 1: Security Footage of Talamantes Carrying a Black Sweater into the Bar.**



12. While on foot, the officer ordered Talamantes to stop. Talamantes ignored the officers and entered the bar with the bunched-up black sweater in his left hand. See Figure 2. The officers were approximately 20-30 feet behind Talamantes.

AFFIDAVIT                                  3

**Figure 2: Security Footage of Talamantes Entering the Bar Holding the Black Sweater.**



13. Based on security footage obtained from the bar, Talamantes walked straight through the crowded bar to the bathroom hallway carrying the black sweater in both hands. See Figure 3.

**Figure 3: Security Footage of Talamantes Walking Towards the Bathroom Hallway.**



14. Security footage then shows Talamantes entered the empty bathroom hallway and reached into the black sweater with his right hand. See Figure 4.
AFFIDAVIT                                   4

**Figure 4: Security Footage of Talamantes in the Bathroom Hallway.**



15.     Based on the bar's security footage, Talamantes walked to the end of the bathroom hallway towards a storage area. He then removed a handgun from beneath the black sweater and hid it in the hallway's storage area. See Figure 5.

**Figure 5: Security Footage of Talamantes Holding a Handgun.**



16.     Officers entered the bar and observed Talamantes exit from the bathroom hallway. The bar was crowded when officers entered. Officers contacted Talamantes near the bathroom in the hallway as he was walking out. Talamantes was the only person in the hallway when officers contacted him. Officer Navarro checked the hallway and located a black Kahr P40 handgun (serial number ZB4013) hidden

AFFIDAVIT                                                                 5

1  between the wall and a shelf between pieces of wood. Officer Navarro wore a body camera and recorded
2  the scene. See Figure 6.

**Figure 6: Body Camera Footage of the Handgun Found in the Hallway.**



17. The handgun had six 40-caliber rounds inside the magazine. Talamantes was taken into custody at this time and walked outside. Officers did not interview Talamantes at the scene because he was uncooperative and refused to get inside the patrol vehicle. Officers discovered that Talamantes was on parole when they ran his driver's license information in CLETS, and a parole hold was authorized.

18. Officers then transported Talamantes to Fresno County Jail. While at the jail, Talamantes spat in Officer Surratt's face. Officers further discovered that Talamantes had an active misdemeanor warrant (PC 594(a)(2)), which Fresno County Sheriffs confirmed.

19. Officers returned to Uncle Tom's Cabin and spoke to the manager, where they were able to recover video footage of the incident from security cameras. Officers reviewed the video footage and determined that Talamantes had what appeared to be a firearm in his hand before the officers contacted him in the hallway.

20. I reviewed Fresno County Superior Court record and found that Talamantes's has been convicted of two felonies in the State of California, punishable by more than a year of imprisonment, including the following felony convictions:

a. Fresno County Superior Court, Case No. F21906646, threaten crime with intent to terrorize, in violation of California Penal Code, Section 422, and was sentenced to 2 years in prison on or about Aug. 27, 2021; and

b. Fresno County Superior Court, Case No. F21906949, prohibited own/etc. ammo/etc., in violation of California Penal Code, Section 30305(a)(1), and was sentenced to 2 years in prison on or about Aug. 27, 2021.

21. Talamantes knew he had been convicted of a crime punishable by more than a year imprisonment because he pled nolo contendere and was sentenced to 2 years imprisonment.

22. On January 4, 2024, a Bureau of Alcohol, Tobacco, Firearms, and Explosives (ATF) Special Agent, who has specialized training in the manufacture, origin, and identification of firearms, verbally indicated the Kahr, model P40, .40 caliber, pistol, with serial number ZB4013 was not manufactured in the state of California, and therefore, traveled in and affected interstate commerce. Additionally, evidence photographs show "Worcester, MA" printed on the side of the gun. See Figure 7.

**Figure 7: Evidence Photograph of the Handgun.**



## V. CONCLUSION

23. Based on the above facts and circumstances described in this Affidavit, there is probable cause to believe that Arturo Talamantes Jr. has prior felony convictions, possessed a firearm and/or ammunition, knew or should have known about his prior felony convictions, was prohibited from

AFFIDAVIT                                7

possessing a firearm and/or ammunition, and that the firearm and/or ammunition were transferred in interstate commerce all in violation of Title 18, United States Code, Section 922(g)(1), Felon in possession of firearms and/or ammunition.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct to the best of my knowledge.

*David Fenstermaker*
David Fenstermaker
Task Force Officer
Homeland Security Investigations, HSI

This Affidavit was submitted to me by reliable electronic means and attested to me as true and accurate by telephone, consistent with the requirements of Fed. R. Crim. P. 4.1 on 1/9/2024.

*Sheila K. Oberto*
Hon. Sheila K. Oberto
UNITED STATES MAGISTRATE JUDGE

Reviewed as to form:

 /s/ Cody S. Chapple
CODY S. CHAPPLE
Assistant U.S. Attorney

AFFIDAVIT  8